IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| LISA MICHELLE WEEKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 1:05-1189 T/An |
| | ) | |
| DAVID ALAN GREENE, Individually, as Chief Manager, and as Principal Owner/Member of Merit Management, LLC; and Merit Management, LLC, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

FILED BY ___ D.C.
05 AUG 29 PM 3:53
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN, JACKSON

## ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Upon motion of the Defendants, David Alan Greene and Merit Management, LLC., for an extension of time to serve a responsive pleading, statements of counsel for these Defendants, and the entire record, it is,

ORDERED that the Defendants are granted an extension of time to file responsive pleadings with said responsive pleadings to be served on or before September 25, 2005.

DATED: This the 26th day of August, 2005.

S. Thomas Anderson
JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  09-01-05

APPROVED FOR ENTRY:

PENTECOST, GLENN & RUDD, PLLC

By: *[signature]*

BRANDON O. GIBSON #21485
Attorneys for Defendants,
David Greene & Merit Management
106 Stonebridge Blvd
Jackson, TN 38305
(731) 668-5995

## CERTIFICATE OF SERVICE

This is to certify that I served a copy of this pleading or paper personally or by mail upon each attorney or firm of attorneys appearing of record for each adverse party on or before the filing date thereof.

DATE: This the 25th day of August, 2005.

PENTECOST, GLENN & RUDD, PLLC

By: *[signature]*

Brandon O. Gibson

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01189 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT