077-001-00

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| LISA MICHELLE WEEKS, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **No.: 1:05-1189 T/An** |
| | ) | |
| DAVID ALAN GREENE, Individually, | ) | |
| as Chief Manager, and as Principal | ) | |
| Owner/Member of Merit Management, | ) | |
| LLC; and Merit Management, LLC, | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## RULE 16(b) SCHEDULING ORDER

---

Pursuant to the Scheduling conference set by written notice, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (RULE 26(a)(1)):**
December 16, 2005

**JOINING PARTIES:**
For Plaintiff:     February 2, 2006
For Defendant:     March 2, 2006

**AMENDING PLEADINGS**
For Plaintiff:     February 2, 2006
For Defendant:     March2, 2006

**COMPLETING ALL DISCOVERY:**     August 3, 2006

(a)     **REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS:**     July 3, 2005

(b)     **EXPERT DISCLOSURE (RULE 26(a)(2)):**
    (i)     Plaintiff's Experts:     June 2, 2006
    (ii)    Defendant's Experts:  July 3, 2006
    (iii)   Supplementation under Rule 26(e)(2):     July 13, 2006

(c)     **DEPOSITIONS OF EXPERTS:**     August 3, 2006

**FILING DISPOSITIVE MOTIONS:**     September 11, 2006

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ⎽11-30-05⎽

**FINAL LIST OF WTINESSES AND EXHIBITS (Rule 26(a)(3)):**

    (a)    for Plaintiff:   October 27, 2006
    (b)    for Defendant: November 10, 2006

Parties shall have <u>10</u> days after service of final lists of witnesses and exhibits to file objections under Rule 26 (a)(3).

The trial of this matter is expected to last <u>three (3)</u> days and is **SET** for **JURY TRIAL** on **Monday, December 11, 2006** at 9:30 A.M.  A joint pre-trial order is due on Friday, December 1, 2006.  In the event the parties are unable to agree on a joint pre-trial order, the parties must notify the court at least ten days before trial.

**OTHER RELEVANT MATTERS**:

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1 )(A) and (a)( 1 )(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

The parties are encouraged to engage in court-annexed attorney mediation or private mediation on or before the close of discovery

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: November 22, 2005

APPROVED FOR ENTRY:

By: *[signature: Brandon C. Gibson]*
Donald D. Glenn # 18000
Brandon O. Gibson # 21485
Attorneys for Defendants
106 Stonebridge Blvd.
Jackson, TN 38305
(731) 668-5995

By: *[signature: Carol Gish w/permission Brandon C. Gibson]*
Carol Gish, Esq.
Attorney for Complainant
West Tennessee Legal Services
27-A Brentshire Square
P.O. Box 2066
Jackson, TN 38302-2066

By: *[signature: Mike Weinman w/permission Brandon C. Gibson]*
Michael Weinman
Attorney at Law
112 N. Liberty Street
PO Box 1743
Jackson, TN 38302-1743

CERTIFICATE OF SERVICE

This is to certify that I served a copy of this pleading or papers in person or by mail upon each attorney or firm of attorneys appearing of record for each adverse party on or before the filing date thereof.

Carol Gish, Esq.                  Michael Weinman
Attorney for Complainant          Attorney at Law
West Tennessee Legal Services     112 N. Liberty Street
27-A Brentshire Square            PO Box 1743
P.O. Box 2066                     Jackson, TN 38302-1743
Jackson, TN 38302-2066

This the 21st day of November, 2005.

PENTECOST, GLENN & RUDD, PLLC

By: *[signature: Brandon C. Gibson]*
Donald Glenn (# 18000)
Attorneys for Defendants

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:05-CV-01189 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT